DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANTE HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2632

[May 13, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432015CF000747A.

Dante Harris, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirm.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***